TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RACHEL NAVA
Assistant U.S. Attorney
Arizona State Bar No. 030630
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Rachel.Nava@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Aug 14 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Tristan Joslyn Johnson, <br><br> Defendant. | CR-25-01138-PHX-ESW <br> Mag. No. 25-MJ-09337-003-PHX-ESW <br><br> **INFORMATION** <br><br> VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i) <br> (Transportation of an Illegal Alien for Profit) <br> Count 1 <br><br> 18 U.S.C. § 371 <br> (Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States) <br> Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

### COUNT 1

On or about July 25, 2025, in the District of Arizona, the defendant, TRISTAN JOSLYN JOHNSON, knowing and in reckless disregard of the fact that certain aliens, Nathanael Estuardo Pec-Mendez and Selvin Yovany Gomez-Morales, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

## COUNT 2

Beginning on an unknown date and continuing up to and including July 25, 2025, in the District of Arizona and elsewhere, defendant TRISTAN JOSLYN JOHNSON did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before July 25, 2025, unknown co-conspirators in Mexico brought Nathanael Estuardo Pec-Mendez and Selvin Yovany Gomez-Morales to the Mexican border with the United States, with the purpose that Nathanael Estuardo Pec-Mendez and Selvin Yovany Gomez-Morales would enter the United States, knowing and in reckless disregard of the fact that Nathanael Estuardo Pec-Mendez and Selvin Yovany Gomez-Morales did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about July 25, 2025, defendant TRISTAN JOSLYN JOHNSON assisted in transporting Nathanael Estuardo Pec-Mendez and Selvin Yovany Gomez-Morales in a vehicle within the District of Arizona to facilitate Nathanael Estuardo Pec-Mendez and Selvin Yovany Gomez-Morales's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this 30th day of July, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RACHEL NAVA
Assistant U.S. Attorney